IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOHN GARANG, CHOL ABIET, and MARK MITCHELL, | § § § |
| Plaintiffs, | § § |
| v. | § § CASE NO: 5:18−cv−04082−LTS § |
| SMITHFIELD FARMLAND CORP., and MIGUEL BAUTISTA, and BECKY JACOBSEN, Individually and in their Corporate Capacities, | § § § § § § |
| Defendants. | § |

## DEFENDANTS' PARTIAL MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT

Pursuant to Rules 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure, Defendants Smithfield Packaged Meats Corp. (formerly known as Smithfield Farmland Corp.), Miguel Bautista, and Becky Jacobsen (Defendants) move the Court to dismiss the causes of action filed by Plaintiffs John Garang, Chol Abiet, and Mark Mitchell (Plaintiffs) against Defendants Bautista and Jacobsen (the Individual Defendants) for failure to state a claim upon which relief can be granted. Alternatively, Defendants request that this Court issue an order directing Plaintiffs to provide a more definite statement with respect to Defendants Bautista and Jacobsen. In support of this Motion, Defendants contemporaneously file a Brief in Support of Defendants' Partial Motion to Dismiss, or in the Alternative for a More Definite Statement (Brief). Defendants request all such other and further relief to which Defendants are justly entitled.

Respectfully submitted,

**JACKSON LEWIS, P.C.**

By: */s/ Kenneth M. Wentz III*
    Kenneth M. Wentz III, AT0010309
    10050 Regency Circle, Suite 400
    Omaha, Nebraska 68114
    402.391.1991 (Main)
    402.391.7363 (Fax)
    wentzk@jacksonlewis.com

**HUNTON ANDREWS KURTH LLP**

By: /s/ *Amber M. Rogers*
    Amber M. Rogers *(pro hac vice to be submitted)*
    Texas Bar No. 24056224
    arogers@huntonAK.com
    Jayde Ashford Brown *(pro hac vice to be submitted)*
    Texas Bar No. 24087119
    jaydebrown@huntonAK.com
    1445 Ross Avenue, Suite 3700
    Dallas, TX 75202
    Phone: 214.979.3000
    Fax: 214.979.3929

    **ATTORNEYS FOR DEFENDANTS SMITHFIELD PACKAGED MEATS CORP., MIGUEL BAUTISTA, AND BECKY JACOBSEN**

**DEFENDANTS' PARTIAL MOTION TO DISMISS,
OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT**     **PAGE 2**
Case 5:18-cv-04082-LTS-KEM   Document 6   Filed 11/20/18   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2018 a true and correct copy of the above and foregoing document was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following:

Melissa C. Hasso
Mark D. Sherinian
SHERINIAN & HASSO LAW FIRM
521 E. Locust St., Suite 300
Des Moines, IA 50309

/s/ *Kenneth M. Wentz III*
Kenneth M. Wentz III

4848-0411-6608, v. 1